Decided May 12, 2004

STATE OF CONNECTICUT *v.* KEVIN MOORE

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 267 (AC 24197), is denied.

*Kent Drager*, senior assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided May 12, 2004